O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-809-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ADAM OLSON, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On November 18, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on September 22, 2014 and November 3, 2014. Government counsel, Sarah Heidel, the defendant and his appointed CJA attorney, Todd Burns, were present. The U.S. Probation Officer, Alex Guevara, was also present.

The defendant admitted to allegations 3 and 4, in violation of his supervised release, as stated in the Petitions filed on September 22, 2014 and November 3, 2014. The Court grants the government's request to dismiss allegations 1 and 2 as stated in the petition filed September 22, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 14, 2006

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months. Upon release from imprisonment, defendant shall be placed on supervised release for a

///

period of twenty-four (24) months, under the same terms and conditions previously imposed, with the added conditions as follows:

1. The defendant shall reside for a period of six (6) months in a residential re-entry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility. The subsistence fee is waived because Mr. Olson lacks the ability to pay; and

2. The defendant shall attend Alcohol Anonymous (AA) or Narcotics Anonymous (NA), at least five (5) times a week.

FILE/DATED:   November 18, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

2