O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-809-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ADAM MITHCELL OLSON, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On, June 16, 2015 and September 21, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 9, 2015. Government counsel, Sara Heidel, the defendant and his appointed attorney, Stephen Frye, were present. The U.S. Probation Officer, Alex Guevara, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on February 9, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 14, 2006 and November 18, 2014.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of one (1) day. Upon release from imprisonment, defendant shall be placed on supervised release for a period of five (5) months, under the same terms and conditions previously imposed. Defendant shall

1 | continue at Sober Souls until completed.  Upon successful completion of the Sober Souls
2 | program, supervision will terminate.

3 |     IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the
4 | United States Marshal or other qualified officer and that said copy shall serve as the
5 | commitment of defendant.

7 | FILE/DATED:    September 21, 2015

    _____
    CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE

    KIRY K. GRAY
    ACTING CLERK OF COURT

    By: ___/S/_____
        Catherine M. Jeang,  Deputy Clerk

2